In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00211-CR


______________________________




PATRICIA JEAN McCOY, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 8th Judicial District Court


Franklin County, Texas


Trial Court No. 7364




 




Before Morriss, C.J., Grant and Ross, JJ.


Opinion by Justice Ross



O P I N I O N



 Patricia Jean McCoy, appellant, has filed a motion with this Court in which she
seeks to dismiss her appeal. Pursuant to Tex. R. App. P. 42.2, her motion is granted.

 The appeal is dismissed.


 Donald R. Ross

 Justice


Date Submitted: July 1, 2002

Date Decided: July 2, 2002


Do Not Publish



es/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00161-CR

                                                ______________________________

 

 

                                        DEVIN ERIC
MIMS, Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 124th
Judicial District Court

                                                             Gregg County, Texas

                                                          Trial Court
No. 38009-B

 

                                                        
                                          

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                     MEMORANDUM 
OPINION

 

            Devin
Eric Mims claims error in sentencing by the trial court on a charge of theft, a
class C misdemeanor, enhanced by two prior theft convictions.  Sentence was imposed in accordance with Section
31.03(e)(4)(D) of the Texas Penal Code for a state-jail felony term of two
years confinement.  See Tex. Penal Code Ann.
§ 31.03(e)(4)(D) (Vernon Supp. 2009). 

            Mims
complains that (1) the State impermissibly enhanced punishment with a prior
theft conviction, when the same prior conviction was used to enhance punishment
on a different theft charge, in violation of the Double Jeopardy Clause of the
United States Constitution, the Texas Constitution, and the Texas Code of
Criminal Procedure, and (2) the trial court erred in failing to consider the
full range of punishment in a context that violates his due process rights and
implicates the Eighth Amendment protection against cruel and unusual
punishment.

            We
addressed these issues in detail in our opinion of this date on Mims appeal in
cause number 06-09-00160-CR.  For the
reasons stated therein, we likewise conclude that error has not been shown in
this case.

            We
affirm the trial courts judgment.

 

 

                                                                        Josh
R. Morriss, III 

                                                                        Chief
Justice

 

Date Submitted:          February
16, 2010

Date Decided:             March
9, 2010

 

Do Not Publish